IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:08CR15 |
| KYLE BATTS | § § | |

## INFORMATION

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: Title 29, United States Code, Section 501(c) (Embezzlement and Theft of Labor Union Assets)

From on or about April 2003 through August 2006, in the Eastern District of Texas, the Defendant, KYLE BATTS, while serving as the financial secretary-treasurer of IBEW Local 738, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal, unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $40,580.83, in violation of Title 29, United States Code, Section 501(c).

Respectfully submitted,

JOHN L. RATCLIFFE
UNITED STATES ATTORNEY

_____
JIM MIDDLETON
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
903-590-1400
Bar Card No. 14022010

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CRIMINAL NO. 6:08CR15 |
| KYLE BATTS | § | |

### NOTICE OF PENALTY

### COUNT 1

Violation: Title 29, United States Code, Section 501(c) (Embezzlement and Theft of Labor Union Assets)

Penalty: A term of imprisonment of not more than five (5) years; a fine of not more than $250,000; a term of supervised release of not more than three (3) years.

Special Assessment: $100.00